UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON THOMPSON CLEVENGER, *et al.*, | ) ) ) | CASE NO.  1:20-cv-2677 |
| Plaintiffs, | ) ) ) | JUDGE BRIDGET M. BRENNAN |
| v. | ) ) | |
| SMCS SERVICES, INC. d/b/a STAR MULTI CARE CO., *et al.*, | ) ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

The Court has GRANTED the parties' joint motion for approval of FLSA settlement. (Doc. No. 53.)  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Date: July 29, 2022

_____
BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE